State of New York, Respondent, v LVF Realty Co., Inc., et al., Respondents, and Sunoco, Inc. (R&M), Appellant.

Submitted April 6, 2009; decided June 9, 2009

Motion for leave to appeal denied upon the ground that an appeal lies as of right.